WILLIAM M. DENMAN, as Trustee in Bankruptcy of LOUIS FINKELSTEIN, Bankrupt, Appellant, v. ESTHER G. FINKELSTEIN and Another, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

DAPHNE GILL GIBBS, Appellant, v. ANGELA SECCHIA, Also Known as ANGELA VIOLETTO, and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of JOHN M. COLEMAN, an Attorney and Counselor at Law.— Motion to amend the petition by adding further charges thereto granted, and said further charges referred to Honorable Isaac M. Kapper, official referee, to hear and to report with his opinion. [See 255 App. Div. 780.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.